UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| In re:<br><br>RICHARD H. MARTIN,<br><br>      Debtor. | Chapter 13<br><br>Case No. 14-12265-BAH |
|---|---|

## ORDER OF THE COURT

THAT THE STIPULATION filed with the Court on October 30, 2019 by Richard H. Martin and U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust is approved, and its terms are hereby adopted and incorporated.

IT IS SO ORDERED:

/s/ Bruce A. Harwood

_____

The Honorable Bruce A. Harwood
Chief Justice, U.S. Bankruptcy Court for the
   District of New Hampshire

DATE: October 30, 2019